926 A.2d 438

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Don MULDREW, Appellant.**

Supreme Court of Pennsylvania.

Argued May 16, 2007.

Decided June 8, 2007.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.